IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **BARBIE VOEGTLE, individually and on behalf of I.G.T., a minor,** | |
| Plaintiffs, | |
| v. | **CASE NO.: 3:23-cv-00309-TRM-JEM**<br>**JURY DEMANDED** |
| **UNIVERSAL DEVELOPMENT & CONSTRUCTION, LLC, THE VILLAS AT KYKER FERRY, LLC, THE VILLAS AT KYKER FERRY SPE, LLC AND JULIE TSIOMAKIDIS,** | |
| Defendants. | |

**NOTICE OF SERVICE OF PLAINTIFF BARBIE VOEGTLE'S RULE 26(a)(1) INITIAL DISCLOSURES**

**COMES NOW** the plaintiff, Barbie Voegtle, individual, and on behalf of her minor child, I.G.T. ("Plaintiff"), by and through counsel of record; and hereby provides notice, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff served her Initial Disclosures on counsel for Defendants *via* electronic mail on the 11th day of January 2024.

*Respectfully submitted, this 11th day of January 2024.*

1

**BARBIE VOEGTLE, individually and behalf of I.G.T, a minor**

By: /s/ *James Friauf*
James W. Friauf (#027238)
LAW OFFICE OF JAMES W. FRIAUF
9111 Cross Park Dr., D200
Knoxville, TN 37923
Tele: (865) 236-0347
Email: james@friauflaw.com
Our File No.: 23-005-CIV

*Attorney for Plaintiff Barbie Voegtle, individually, and on behalf of I.G.T., a minor*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated on the electronic filing receipt, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may gain access to this filing through the Court's electronic filing system this 11th day of January 2024.

/s/ James Friauf