UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BARBIE VOEGTLE, individually and on behalf of Minor I.G.T., | Case No. 3:23-cv-309 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Jill E. McCook |
| UNIVERSAL DEVELOPMENT AND CONSTRUCTION, LLC, THE VILLAS AT KYKER FERRY, LLC, THE VILLAS AT KYKER FERRY SPE, LLC, and JULIE TSIOMAKIDIS | |
| *Defendants*. | |

## ORDER

Before the Court is the Parties' notice of settlement and joint motion to vacate the deadlines in this case (Doc. 45.) The Parties represent that they have agreed to settle this matter and are in the process of finalizing the settlement agreement and stipulated dismissal. (*Id.* at 1.)

It is hereby **ORDERED** that all deadlines in this matter are vacated. The Parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on or before **July 24, 2024**. The Parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**